1  MELINDA HAAG (CABN 132612)
   United States Attorney

2
   MIRANDA KANE (CABN 150630)
3  Chief, Criminal Division

4  MEREDITH J. EDWARDS  (CABN 279301)
   Special Assistant United States Attorney
5
       150 Almaden Boulevard, Suite 900
6      San Jose, CA 95113
       Telephone: (408) 535-5061
7      Fax:  (408) 535-5066
       E-Mail: meredith.edwards@usdoj.gov
8
   Attorneys for United States of America
9

**Filed**

OCT   3 2012

RICHARD W. WIEKING
CLERK, U.S DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

10              UNITED STATES DISTRICT COURT

11             NORTHERN DISTRICT OF CALIFORNIA

12                  SAN JOSE  DIVISION

13  UNITED STATES OF AMERICA,        )   No. CR 12-676 LHK
                                     )
14          Plaintiff,               )
                                     )
15      v.                           )   NOTICE OF DISMISSAL
                                     )
16  CESAR RODRIGUEZ-LOSOYA,          )
                                     )
17          Defendant.               )
                                     )
18  _____ )

19      With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the

20  United States Attorney for the Northern District of California dismisses the above Information

21  without prejudice and moves that the Court quash the arrest warrant issued in connection with

22  the Information in this case.

23
   DATED: October 3, 2012            Respectfully submitted,
24
                                     MELINDA HAAG
25                                   United States Attorney

26

27                                   _____/s/_____
                                     MEREDITH J. EDWARDS
28                                   Special Assistant United States Attorney

NOTICE OF DISMISSAL (CR 12-676 LHK)

1       Leave is granted to the government to dismiss the Information.  It is further ordered that

2   the arrest warrant issued in connection with the Information is quashed.

3

4   Date: _10/3/12_

5                                            LUCY H. KOH
                                             United States District Judge